

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00431-CR

| | | |
|---|---|---|
| Raul Resendez Herrera | § | From Criminal District Court No. 3 |
| | § | of Tarrant County (1322964D) |
| v. | § | April 14, 2016 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REHEARING

After reviewing the State's motion for rehearing, we grant the motion. We withdraw our February 18, 2016 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed, and we lift the stay previously ordered by this court on March 11, 2016.

SECOND DISTRICT COURT OF APPEALS

By /s/ Sue Walker
   Justice Sue Walker